UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>LLS AMERICA, LLC,<br><br>Debtor. | NO: CV-12-429- RMP<br><br>Bankruptcy No: 09-06194-PCW11<br><br>Adversary No: 11-80122 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HAZEL RAMBARAN and CELESTE RAMBARAN,<br><br>Defendants. | ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT |

Before the Court is bankruptcy trustee Bruce P. Kriegman's Motion for Entry of Default and Judgment, ECF No. 6. The Court has reviewed the motion, its attachments, the Court's file, and the Bankruptcy Court's file for the adversary action 11-80122-PCW11.

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 1

1   This case arose as an adversary action as part of the bankruptcy of LLS
2   America, LLC.  This Court withdrew the reference to this action, set a trial date,
3   and referred the matter back to the Bankruptcy Court for that court to address
4   pretrial matters.  The Bankruptcy Court entered orders granting the Bankruptcy
5   Trustee's motions for default and for default judgment.  The trustee now moves
6   this Court for entry of default and default judgment.

7   "When a party against whom a judgment for affirmative relief is sought has
8   failed to plead or otherwise defend, and that failure is shown by affidavit or
9   otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 54(a). "If the
10  plaintiff's claim is for a sum certain or a sum that can be made certain by
11  computation, the clerk—on the plaintiff's request, with an affidavit showing the
12  amount due—must enter judgment for that amount and costs against a defendant
13  who has been defaulted for not appearing." Fed. R. Civ. P. 54(b).

14  Pursuant to the Court's order on motion for withdrawal of reference, this
15  Court will treat the Bankruptcy Court's orders entering default and default
16  judgment as proposed findings of fact and conclusions of law.  The instant motion
17  was filed on August 24, 2012.  The Defendants have filed no objection.  After a
18  review of the record before this Court and the bankruptcy court, the Court
19  concludes that default is appropriate and default judgment shall be entered.
20  / / /

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 2

Accordingly, **IT IS HEREBY ORDERED:**

1. The trustee's Motion for Entry of Default and Judgment, ECF No. 6, is **GRANTED**.

2. The Defendants Hazel Rambaran and Celeste Rambaran are in default, and default of said Defendants is hereby entered.

3. The Court will enter default judgment by separate order.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order and to provide copies to counsel and to the Honorable Patricia C. Williams, Bankruptcy Judge.

**DATED** this 31st day of October 2012.

                *s/ Rosanna Malouf Peterson*
                ROSANNA MALOUF PETERSON
                Chief United States District Court Judge

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 3