AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

In Re LLS AMERICA, LLC,
               Debtor
BRUCE P. KRIEGMAN, solely in his capacity as
court-appointed Chapter 11 Trustee for LLS America, LLC,
               Plaintiff,
                v.
HAZEL RAMBARAN and CELESTE RAMBARAN,

               Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-429-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to *hearing* before the Court. The issues have been *heard* and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff is hereby awarded a monetary judgment in the amount of CAD $413,875.11 and costs in the amount of USD $250.00, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

October 31, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb